UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED

JUN - 4 2004

J. T. NOBLIN, CLERK
BY_____ DEPUTY

ANTONIO HAMLIN; LEE GREER;
SHARON DAVENPORT, individually and on
behalf of the wrongful death beneficiaries
of JOHN E. DAVENPORT, deceased;
WALTER DOSS, JR.; MICHAEL DUNCAN;
PATRICK RADER; ROSIE HARRISON, individually
and on behalf of all wrongful death beneficiaries of
ALFRED HARRISON, deceased; and ANDREW WATTS                    PLAINTIFFS

U.S. COURT OF APPEALS
FILED

JUN 16 2004

CHARLES R. FULBRUGE III
CLERK

VS.                                         CIVIL ACTION NO. 5:02cv644 BRS

04-60529

ASTEC INDUSTRIES, INC., a Tennessee
corporation; ASTEC, INC, a Tennessee corporation;
HEATEC, INC., a Tennessee corporation; BRANDON
SERVICE COMPANY, INC., a Mississippi corporation                    DEFENDANTS

## NOTICE OF APPEAL

Notice is hereby given that Antonio Hamlin, Lee Greer, Sharon Davenport, individually and on

behalf of the wrongful death beneficiaries of John E. Davenport, deceased, Walter Doss, Jr., Michael

Duncan, Patrick Rader, Rosie Harrison, individually and on behalf of all wrongful death beneficiaries of

Alfred Harrison, deceased and Andrew Watts, Plaintiffs in the above action, hereby appeal to the United

States Court of Appeals for the Fifth Circuit from the Order entered in this action on September 29, 2003,

dismissing Defendant Brandon Service Company, Inc., with prejudice, which was made final by the Final

Order of Dismissal entered in this action on May 10, 2004.

Barry H. Powell

Bob Owens, MSB # 3967
Barry H. Powell, MSB # 4461
LAW FIRM OF BOB OWENS, PLLC
770 North West Street
Post Office Box 808
Jackson, MS 39205-0808
Telephone: (601) 352-8443
Telefax: (601) 352-8447

ATTORNEYS FOR PLAINTIFFS

A TRUE COPY, I HEREBY CERTIFY
J. T. NOBLIN, CLERK

BY:_____

DEPUTY CLERK

## CERTIFICATE OF SERVICE

I certify that I have this date mailed a true copy of the foregoing to:

Charles L. McBride, Jr., Esq.
Brunini, Grantham, Grower & Hewes, PLLC
Post Office Drawer 119
Jackson, MS 39205

**ATTORNEY FOR ASTEC DEFENDANTS**

Robert A. Miller, Esq.
Butler, Snow, O'Mara, Stevens & Cannada, PLLC
Post Office Box 22567
Jackson, MS 39225-2567

**ATTORNEY FOR BRANDON SERVICE COMPANY, INC.**

Vera G. Hendon, Esq.
Anderson, Crawley & Burke, PLLC
805 South Wheatly Drive, Suite 400
Ridgeland, MS 392157

**ATTORNEY FOR INTERVENOR**

This __3d__ day of June, 2004.

_____
ATTORNEY FOR PLAINTIFF

*emja*
*pcd*
*pd.*

U.S. District Court
Southern District of Mississippi (Western)

CIVIL DOCKET FOR CASE #: 02-CV-644- brSu

Hamlin, et al v. Astec Industries, et al                    Filed: 11/15/02
Assigned to: Judge David C. Bramlette, III    Jury demand: Plaintiff
Demand: $0,000                                 Nature of Suit: 360
Lead Docket: None                              Jurisdiction: Diversity
Dkt # in Claiborne Circuit : is 2002-205

Cause: 28:1441 Notice of Removal-Personal Injury

**04-60529**

ANTONIO HAMLIN                    Bob Owens
      plaintiff                   [COR LD NTC]
                                  Barry H. Powell
                                  [COR]
                                  OWENS LAW FIRM, PLLC
                                  P.O. Box 808
                                  Jackson, MS 39205-0808
                                  (601) 352-8443


LEE GREER                         Bob Owens
      plaintiff                   (See above)
                                  [COR LD NTC]
                                  Barry H. Powell
                                  (See above)          U.S. COURT OF APPEALS
                                  [COR]
                                                            **FILED**

SHARON DAVENPORT, individually    Bob Owens                 JUN 1 6 2004
and on behalf of the wrongful     (See above)
death beneficiaries of John E.    [COR LD NTC]
Davenport, deceased               Barry H. Powell    CHARLES R. FULBRUGE III
      plaintiff                   (See above)                        CLERK
                                  [COR]


WALTER DOSS, JR.                  Bob Owens
      plaintiff                   (See above)
                                  [COR LD NTC]
                                  Barry H. Powell
                                  (See above)
                                  [COR]


MICHAEL DUNCAN                    Bob Owens
      plaintiff                   (See above)
                                  [COR LD NTC]
                                  Barry H. Powell

Docket as of June 4, 2004 3:56 pm                Page 1

Proceedings include all events.                                    JCS      APPEAL
5:02cv644 Hamlin, et al v. Astec Industries, et al                 CJRA S

                                        (See above)
                                        [COR]


PATRICK RADER
      plaintiff                         Bob Owens
                                        (See above)
                                        [COR LD NTC]
                                        Barry H. Powell
                                        (See above)
                                        [COR]


ROSIE HARRISON, individually            Bob Owens
and on behalf of all wrongful           (See above)
death beneficiaries of Alfred           [COR LD NTC]
Harrison, deceased                      Barry H. Powell
      plaintiff                         (See above)
                                        [COR] ·


ANDREW WATTS                            Bob Owens
      plaintiff                         (See above)
                                        [COR LD NTC]
                                        Barry H. Powell
                                        (See above)
                                        [COR]


BRIDGEFIELD CASUALTY INSURANCE          Vera Green Hendon
COMPANY                                 [COR LD NTC]
      intervenor-plaintiff              ANDERSON, CRAWLEY & BURKE
                                        805 South Wheatley Drive, Suite
                                        400
                                        Ridgeland, MS 39157
                                        601/977-8977


   v.


ASTEC INDUSTRIES, INC., a               Paul B. Eason
Tennessee Corporation                     [term  05/07/04]
      defendant                         [COR]
  [term  05/07/04]                      Christopher A. Shapley
                                          [term  05/07/04]
                                        [COR]
                                        Charles Louis McBride, Jr.
                                          [term  05/07/04]
                                        [COR]
                                        Martin Patrick McDowell
                                          [term  05/07/04]
                                        [COR LD NTC]
                                        BRUNINI, GRANTHAM, GROWER &
                                        HEWES

Proceedings include all events.                          JCS      APPEAL
5:02cv644 Hamlin, et al v. Astec Industries, et al       CJRA S

                                    P. O. Drawer 119
                                    Jackson, MS 39205-0119
                                    (601) 948-3101


ASTEC, INC., a Tennessee            Paul B. Eason
Corporation                           [term  05/07/04]
      defendant                     (See above)
  [term  05/07/04]                  [COR]
                                    Christopher A. Shapley
                                      [term  05/07/04]
                                    (See above)
                                    [COR]
                                    Charles Louis McBride, Jr.
                                      [term  05/07/04]
                                    (See above)
                                    [COR]
                                    Martin Patrick McDowell
                                      [term  05/07/04]
                                    (See above)
                                    [COR LD NTC]


HEATEC, INC., a Tennessee           Paul B. Eason
Corporation                           [term  05/07/04]
      defendant                     (See above)
  [term  05/07/04]                  [COR]
                                    Christopher A. Shapley
                                      [term  05/07/04]
                                    (See above)
                                    [COR]
                                    Charles Louis McBride, Jr.
                                      [term  05/07/04]
                                    (See above)
                                    [COR]
                                    Martin Patrick McDowell
                                      [term  05/07/04]
                                    (See above)
                                    [COR LD NTC]


BRANDON SERVICE COMPANY, INC.,      Robert A. Miller
a Mississippi Corporation             [term  09/29/03]
      defendant                     [COR]
  [term  09/29/03]       𝓔          Lem E. Montgomery, III
                                      [term  09/29/03]
                                    [COR]
                                    BUTLER, SNOW, O'MARA, STEVENS &
                                    CANNADA
                                    P. O. Box 22567
                                    Jackson, MS 39225-2567
                                    (601) 948-5711

                                    Joseph Kyle Fulcher

Proceedings include all events.                                    JCS     APPEAL
5:02cv644 Hamlin, et al v. Astec Industries, et al                 CJRA S

                          [term  09/29/03]
                          [COR LD NTC]
                          BAKER, DONELSON, BEARMAN,
                          CALDWELL & BERKOWITZ, PC
                          P. O. Box 14167
                          Jackson, MS 39236-4167
                          (601) 351-2400


JOHN DOES, 1-15
      defendant


-------------------------

Proceedings include all events.                                JCS     APPEAL
5:02cv644 Hamlin, et al v. Astec Industries, et al             CJRA S

11/15/02 1        NOTICE OF REMOVAL by defendant Astec Industries, defendant
                  Astec, Inc., defendant Heatec, Inc.  with copies of
                  complaint, summons, etc.;    FILING FEE $ 150.00  RECEIPT #
                  52849 ; Notice of Assignment mailed. (thr)
                  [Entry date 11/18/02]

11/15/02 1        DEMAND FOR JURY TRIAL by all plaintiffs (thr)
                  [Entry date 11/18/02]

11/15/02 --       Case assigned to Pending Track - designation of appropriate
                  track will be made after Case Management Conference and a
                  final track assignment. (thr) [Entry date 11/18/02]

11/15/02 --       Magistrate Judge Assignment   James C. Sumner (thr)
                  [Entry date 11/18/02]

11/22/02 2        ANSWER to Complaint by defendant Astec, Inc., defendant
                  Heatec, Inc. (lwe) [Entry date 11/25/02]

12/12/02 3        MOTION by all plaintiffs to Remand (pkm)
                  [Entry date 12/12/02]

1/3/03   4        MOTION by defendant Brandon Service Co. for Summary
                  Judgment (lwe) [Entry date 01/06/03]

1/10/03  5        ORDER, Extending Time until 1/13/03 for Astec, Inc.,
                  Astec Industries and Heatec to serve brief in opposition to
                  motion to remand ( signed by Judge David C. Bramlette III );
                   copies mailed. (lwe) [Entry date 01/10/03]

1/14/03  6        RESPONSE by defendant Astec Industries, defendant Astec,
                  Inc., defendant Heatec, Inc.  to [3-1] motion to Remand (lwe)
                  [Entry date 01/14/03]

1/15/03  7        MOTION by all plaintiffs to Stay Proceedings pending
                  ruling on remand motion. (pkm) [Entry date 01/15/03]

1/16/03  8        MOTION by all plaintiffs to Stay remand proceedings for
                  purpose of conducting remand-related discovery (pkm)
                  [Entry date 01/16/03]

1/28/03  9        RESPONSE by defendant Astec Industries, defendant Astec,
                  Inc., defendant Heatec, Inc.  to [8-1] motion to Stay (lwe)
                  [Entry date 01/28/03]

1/30/03  10       NOTICE of Service of Remand-Ralted Discovery by defendant
                  Astec Industries, defendant Astec, Inc., defendant Heatec,
                  Inc. (pkm) [Entry date 01/30/03]

2/7/03   11       Notice of Service of Remand-Related Interrogatories by all
                  plaintiffs. (pkm) [Entry date 02/07/03]

2/26/03  12       NOTICE by plaintiff Antonio Hamlin  to take deposition of
                  Cliff Lutrick, et al. (lwe) [Entry date 02/26/03]

Proceedings include all events.                              JCS    APPEAL
5:02cv644 Hamlin, et al v. Astec Industries, et al           CJRA S


2/26/03    13        NOTICE by plaintiff Antonio Hamlin  to take 30(b)(6)
                     deposition of Brandon Ervice Co. (lwe) [Entry date 02/26/03]

3/4/03     14        Notice of Service of Response by plaintiffs   to
                     remand-related discovery (lwe) [Entry date 03/04/03]
                     [Edit date 03/04/03]

3/11/03    15        Notice of Service of Interrogatories by defendant Astec
                     Industries, defendant Astec, Inc., defendant Heatec, Inc.
                     (lwe) [Entry date 03/11/03]

3/12/03    16        Notice of Service of Response by plaintiffs   to Astec
                     Defendants' remand-related discovery (lwe)
                     [Entry date 03/12/03]

3/18/03    17        NOTICE by defendant Astec Industries, defendant Astec,
                     Inc., defendant Heatec, Inc.  to take deposition of Michael
                     J. Kroll (lwe) [Entry date 03/18/03]

4/1/03     18        NOTICE by defendant Astec Industries, defendant Astec,
                     Inc., defendant Heatec, Inc.  to take deposition of Michael
                     J. Kroll (lwe) [Entry date 04/02/03]

5/13/03    19        ORDER granting [7-1] motion to Stay Proceedings, granting
                     [8-1] motion to Stay, Response to Motion reset to 6/10/03
                     for [3-1] motion to Remand, Reply to Response to Motion
                     reset to 6/20/03 for [3-1] motion to Remand  ( signed by
                     Magistrate Judge James C. Sumner ); copies mailed. (lwe)
                     [Entry date 05/14/03]

6/10/03    20        Attachment by all plaintiffs  to [3-1] motion to Remand by
                     all plaintiffs (pkm) [Entry date 06/11/03]

6/20/03    21        ORDER Extending Time until 6/27/03 for Astec Industries,
                     Inc., Astec, Inc., and Heatec, Inc. to serve sur-rebuttal
                     in opposition to motion to remand. ( signed by Magistrate
                     Judge James C. Sumner ); copies mailed. (pkm)
                     [Entry date 06/23/03]

8/6/03     22        NOTICE (2) by defendant Brandon Service Co.  to take
                     deposition of Ken Brooks and Pierre Wilson (pkm)
                     [Entry date 08/06/03]

8/7/03     23        RESPONSE by all plaintiffs  in opposition to [22-1]
                     deposition notice  by defendant (pkm) [Entry date 08/07/03]

9/29/03    24        MEMORANDUM OPINION and ORDER denying [3-1] motion to Remand
                     and dismissing Brandon Service Co., Inc. from action with
                     prejudice and mooting [4-1] motion for Summary Judgment (
                     signed by David C. Bramlette III ) ;copies mailed. (ddc)
                     [Entry date 09/29/03]

Proceedings include all events.                                    JCS    APPEAL
5:02cv644 Hamlin, et al v. Astec Industries, et al                CJRA S

9/29/03   --      Case assigned to Pending Track - designation of appropriate
                  track will be made after Case Management Conference and a
                  final track assignment. (ddc) [Entry date 09/29/03]

10/10/03 25       CASE MANAGEMENT PLAN AND SCHEDULING ORDER Case Assigned to
                  CJRA Track:   Standard   Scheduling Deadlines: Jury Trial
                  10/4/04 ; Final Pretrial Conference for 9/13/04 ; Discovery
                  cutoff 5/3/04 ; Joining of parties,amending of pleadings by
                  11/6/03 ; Pla. Designation of Experts by 2/9/04 ; Dft
                  Designation of Experts by 3/8/04 ; Motion Filing deadline
                  on 5/17/04 ; ( signed by Magistrate Judge James C. Sumner
                  ) copies mailed. (lwe) [Entry date 10/14/03]

10/10/03  --      Case assigned to Standard Track. (lwe) [Entry date 10/14/03]

10/14/03 26       MOTION by plaintiff Antonio Hamlin, plaintiff Lee Greer,
                  plaintiff Sharon Davenport, plaintiff Walter Doss Jr.,
                  plaintiff Michael Duncan, plaintiff Patrick Rader,
                  plaintiff Rosie Harrison, plaintiff Andrew Watts for
                  Reconsideration of [24-1] order (ddc) [Entry date 10/15/03]

10/27/03 27       RESPONSE by defendant Brandon Service Co.  to [26-1] motion
                  for Reconsideration of [24-1] order (pkm)
                  [Entry date 10/27/03]

10/28/03 28       RESPONSE by defendant Astec Industries, defendant Astec,
                  Inc., defendant Heatec, Inc.  to [26-1] motion for
                  Reconsideration of [24-1] order (pkm) [Entry date 10/28/03]

11/14/03 29       MOTION by movant Bridgfield Casualty to Intervene (pkm)
                  [Entry date 11/17/03]

1/6/04    30      SUPPLEMENTAL MOTION by movant Bridgfield Casualty to
                  Intervene  referring to: [29-1] motion to Intervene (pkm)
                  [Entry date 01/06/04]

2/2/04    31      ORDER granting [30-1] supplemental amended motion to
                  Intervene, denying as moot [29-1] motion to Intervene  (
                  signed by Magistrate Judge James C. Sumner ); copies
                  mailed. (pkm) [Entry date 02/02/04]

4/12/04   32      MOTION by plaintiff Sharon Davenport for Third Party
                  Settlement (pkm) [Entry date 04/12/04]

4/12/04   33      MOTION by plaintiff Michael Duncan for Third Party
                  Settlement (pkm) [Entry date 04/12/04]

4/12/04   34      MOTION by plaintiff Patrick Rader for Third Party
                  Settlement (pkm) [Entry date 04/12/04]

4/12/04   35      MOTION by plaintiff Antonio Hamlin for Third Party
                  Settlement (pkm) [Entry date 04/12/04]

Proceedings include all events.                      JCS     APPEAL
5:02cv644 Hamlin, et al v. Astec Industries, et al         CJRA S

4/12/04  36        AGREED ORDER granting [34-1] motion for Third Party
                     Settlement as set out herein ( signed by Magistrate Judge
                     James C. Sumner ); copies mailed. (pkm)
                     [Entry date 04/15/04] [Edit date 04/15/04]

4/12/04  37        ORDER granting [32-1] motion for Third Party Settlement as
                     set out herein. ( signed by Magistrate Judge James C.
                     Sumner ); copies mailed. (pkm) [Entry date 04/15/04]

4/12/04  38        AGREED ORDER granting [35-1] motion for Third Party
                     Settlement as set out herein. ( signed by Magistrate Judge
                     James C. Sumner ); copies mailed. (pkm)
                     [Entry date 04/15/04] [Edit date 04/15/04]

4/12/04  39        AGREED ORDER granting [33-1] motion for Third Party
                     Settlement as set out herein. ( signed by Magistrate Judge
                     James C. Sumner ); copies mailed. (pkm)
                     [Entry date 04/15/04] [Edit date 04/15/04]

4/12/04  40        Joinder by defendant Astec Industries, defendant Astec,
                     Inc., defendant Heatec, Inc., intervenor-plaintiff
                     Bridgefield Casualty to [35-1] [34-1] [33-1] [32-1] Motions
                     for Third Party Settlement by plaintiffs (pkm)
                     [Entry date 04/15/04]

4/12/04  41        MOTION by Eliza Williamsfor Approval of Third Party
                     Settlement (pkm) [Entry date 04/16/04]

4/12/04  42        Joinder by defendant Astec Industries, defendant Astec,
                     Inc., defendant Heatec, Inc., intervenor-plaintiff
                     Bridgefield Casualty  to [41-1] motion for Approval of
                     Third Party Settlement (pkm) [Entry date 04/16/04]

4/12/04  43        ORDER granting [41-1] motion for Approval of Third Party
                     Settlement re: Eliza Williams. ( signed by Magistrate Judge
                     James C. Sumner ); copies mailed. (pkm)
                     [Entry date 04/16/04]

4/15/04  44        MOTION by plaintiff Rosie Harrison for Approval of Third
                     Party Settlement (pkm) [Entry date 04/16/04]

4/15/04  45        ORDER granting [44-1] motion for Approval of Third Party
                     Settlement as set out herein re: Rosie Mae Harrison  (
                     signed by Magistrate Judge James C. Sumner ); copies
                     mailed. (pkm) [Entry date 04/16/04]

4/23/04  46        MOTION by plaintiff to Vacate [43-1] order approving third
                     party settlement re: Eliza Williams (pkm)
                     [Entry date 04/23/04]

4/28/04  47        ORDER granting [46-1] motion to Vacate [43-1] order
                     approving third party settlement re: Eliza Williams. (
                     signed by Magistrate Judge James C. Sumner ); copies
                     mailed. (pkm) [Entry date 04/28/04]

Proceedings include all events.                                      JCS     APPEAL
5:02cv644 Hamlin, et al v. Astec Industries, et al                   CJRA S


4/29/04   48        JOINT MOTION by plaintiff Antonio Hamlin, plaintiff Lee
                    Greer, plaintiff Sharon Davenport, plaintiff Walter Doss
                    Jr., plaintiff Michael Duncan, plaintiff Patrick Rader,
                    defendant Astec Industries, defendant Astec, Inc.,
                    defendant Heatec, Inc. to Dismiss (pkm)
                    [Entry date 04/29/04]

4/30/04   49        JOINT MOTION by defendant Astec Industries, defendant
                    Astec, Inc., defendant Heatec, Inc., intervenor-plaintiff
                    Bridgefield Casualty to Dismiss Intervenor's claims
                    against defendants. (pkm) [Entry date 04/30/04]

5/7/04    50        ORDER granting [48-1] joint motion to Dismiss claims with
                    prejudice against Astec, Inc., Astec Industries, and Heatec,
                    Inc. ( signed by Judge David C. Bramlette III ); copies
                    mailed. (pkm) [Entry date 05/07/04] [Edit date 05/10/04]

5/10/04   51        ORDER granting [49-1] joint motion to Dismiss. Bridgefield
                    Casualty Insurance Co.'s claims against the defendants
                    Astec, Inc., Astec Industries, Inc. and Heatec, Inc. are
                    hereby dismissed with prejudice, each party to bear its own
                    costs. ( signed by Judge David C. Bramlette III ); copies
                    mailed. (mgb) [Entry date 05/10/04]

6/4/04    52        NOTICE OF APPEAL of [24-1] order by all plaintiffs .
                    FILING FEE $ 255   RECEIPT # J068330 Appeal record due on
                    6/21/04 (pkm) [Entry date 06/04/04]

6/4/04    --        Notice of Appeal and certified copy of docket to USCA:
                    [52-1] appeal  by all plaintiffs (pkm) [Entry date 06/04/04]